

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00785-CV

Maryann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the trial court's final decree of divorce is AFFIRMED. It is ORDERED that Appellee Manuel Castro recover his costs of appeal from Appellant Maryann Castro.

SIGNED December 16, 2015.

_Karen Angelini_
Karen Angelini, Justice